UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WILLIAM BRIAN THURLBY | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | 3:06-cv-462 |
| | ) | *Phillips* |
| | ) | |
| DAVID MILLS, Warden, | ) | |
| | ) | |
| *Respondent*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**ENTER:**

                 s/ Thomas W. Phillips
                 United States District Judge

ENTERED AS A JUDGMENT
 s/ *Patricia L. McNutt*
  CLERK OF COURT